UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   -vs.-                                         Case No. 2:10-cv-14612

MACHISTA L. CHOICE and
TRACEY R. RANDOLPH,

        Defendants.
_____/

### ORDER OF PERMANENT INJUNCTION AGAINST TRACEY R. RANDOLPH

Now before the Court is the Plaintiff's Motion to Approve and Enter the Stipulated Permanent Injunction against Tracey R. Randolph (docket no. 22).  Accordingly, judgment is hereby entered in favor of the Plaintiff, United States of America, and against Defendant Tracey R. Randolph.

Pursuant to the terms of the stipulated permanent injunction,

**IT IS HEREBY ORDERED** that Defendant Tracey R. Randolph and those persons in active concert or participation with her, are enjoined pursuant to Internal Revenue Code (I.R.C.) (26 U.S.C.) §§ 7402, 7407 and 7408, effective from entry of this Order from directly or indirectly:

(1) acting as a federal tax return preparer, or assisting in, directing, or advising others with the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person or entity other than herself, or appearing as a representative on behalf of any person or organization before the Internal Revenue Service;

(2) engaging in conduct that substantially interferes with the proper administration or enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that Tracey R. Randolph shall contact, within fifteen

days of this Order, by United States mail and, if an e-mail address is known, by e-mail, all persons for whom she prepared federal tax returns or claims for a refund for tax years 2003 through 2009, to inform them of the permanent injunction entered against her, and provide to counsel for the United States within 30 days a signed and dated certification that she so informed these persons.

**IT IS FURTHER ORDERED** that Tracey R. Randolph shall produce to counsel for the United States, within fifteen days of this Order, a list that identifies by name, social security number, address, e-mail address, and telephone number and tax period(s) all persons for whom she prepared federal tax returns or claims for refund for tax years 2003 through 2009.

**IT IS FURTHER ORDERED** that Tracey R. Randolph shall provide a copy of this Order to all of her principals, officers, managers, employees, and independent contractors within fifteen days of the Court's order, and provide to counsel for the United States within 30 days a signed and dated acknowledgment of receipt of the Court's order for each person to whom she provided a copy of the Court's order.

**IT IS FURTHER ORDERED** that the United States is permitted to engage in post-judgment discovery to ensure compliance with the terms of this permanent injunction

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over Tracey R. Randolph and over this action to implement and enforce this Order of Permanent Injunction.

Dated: July 1, 2011                                  s/Mark A. Goldsmith
      Flint, Michigan                          MARK A. GOLDSMITH
                                    United States District Judge

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 1, 2011.

                                                s/Deborah J. Goltz
                                               DEBORAH J. GOLTZ
                                               Case Manager